WILLIAM E. LEWIS, Appellant, *v.* FRANK H. MOSES et al., as Executors of BENJAMIN ADRIANCE, Deceased, et al., Respondents.

*Lewis v. Adriance,* 179 App. Div. 958, affirmed.

(Argued April 22, 1919; decided May 20, 1919.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 24, 1917, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The action was brought to determine the plaintiff's interest in 1,794 shares of stock in the Savage Arms Company and to compel defendants Adriance, Green, Lynch and Symonds to account for and pay over to plaintiff the sum of $31,383, balance alleged to be due and owing from the sale of said stock.

*W. A. Matteson* for appellant.

*James F. Hubbell* and *Emerson M. Willis* for poresndents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.